Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Ariana Rojas,** Individually and on Behalf of All Others Similarly Situated;<br><br>    Plaintiffs,<br><br>v.<br><br>**Pita Cafe, LLC d/b/a Pita Cafe**, an Arizona company; **Scottsdale Burger Bar Inc. d/b/a Scottsdale Burger Bar**, an Arizona company; **Johnny's Greek Inc. d/b/a/ Johnny's Greek and Burger Bar**, an Arizona company; **Johnathan Yasso,** an Arizona resident; and **Amanda Yasso,** an Arizona resident;<br><br>    Defendants. | Case No. 2:20-CV-00874-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Notice is hereby given that pursuant to F.R.Civ.P. 41(a)(1)(A)(i), Plaintiff moves to dismiss Defendants Pita Cafe, LLC d/b/a Pita Café; Scottsdale Burger Bar Inc. d/b/a Scottsdale Burger Bar; Johnny's Greek Inc. d/b/a/ Johnny's Greek and Burger Bar; Johnathan Yasso; and Amanda Yasso. Defendants are dismissed of all claims in this case with prejudice.

RESPECTFULLY SUBMITTED May 14, 2020.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke